UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-243(DSD)

United States of America,

       Plaintiff,

v.                                                            **ORDER**

Phillip Darnell Green,

       Defendant.


This matter is before the court upon the motion by defendant to reduce his sentence. He styles the motion as a "motion to amend – 4-point relevant conduct." ECF No. 243. But the motion itself shows that he is essentially seeking compassionate release based on his rehabilitation while in prison. See id.

Although laudable, rehabilitation does not provide a basis for compassionate release or a sentence reduction under these circumstances. See U.S.S.G. § 1B1.13.

The court also finds that § 3553(a) factors weigh against release. Under the circumstances presented, a substantial reduction in sentence would not reflect the seriousness of the crime, provide just punishment, or take into account Green's history and characteristics. See 18 U.S.C. § 3553(a)(1), (a)(2)(A). The court continues to believe that the sentence originally imposed best meets the § 3553(a) factors.

Accordingly, **IT IS HEREBY ORDERED** that the motion [ECF No. 66] is denied.


Dated: April 7, 2026

s/*Paul A. Magnuson* for
David S. Doty, Judge
United States District Court